UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA LAZOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>　　　　Defendant. | No. CV 16-3405-AGR<br><br>MEMORANDUM OPINION AND ORDER |

　　　On March 13, 2017, this court issued a Report and Recommendation in this action. (Dkt. Nos. 17-18.)

　　　On March 14, 2017, Plaintiff filed a statement of consent to proceed before the magistrate judge. (Dkt. No. 19.) Defendant had previously filed a consent. (Dkt. No. 11.) The action was reassigned to this court for all further proceedings. (Dkt. No. 20.)

　　　Accordingly, the Report and Recommendation now becomes the opinion and order of this court.

IT IS HEREBY ORDERED that, for the reasons stated in the report and recommendation, which is attached hereto and incorporated into this order, the decision of the Commissioner is reversed and remanded for further proceedings to (1) reconsider Dr. Spayde's opinion and a sit/stand option; (2) reconsider Dr. Caruso-Radin's opinion that Lazos is limited to simple, two-step instructions; and (3) reconsider Dr. Kaiser's opinion.

DATED: March 28, 2017

ALICIA G. ROSENBERG
United States Magistrate Judge