UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA LAZOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. 16-3405-AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is reversed remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: March 28, 2017

　　　　　　　　　　　　　　　　　　_/s/ Alicia G. Rosenberg_
　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　United States Magistrate Judge